# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLY FLORES LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>HERTZ LOCAL EDITION CORP., et al.,<br><br>    Defendants. | Case No. 1:21-cv-01403-DAD-SAB<br><br>ORDER REQUIRING CLARIFICATION RE: STIPULATION OF DISMISSAL<br><br>(ECF No. 6)<br><br>FIVE DAY DEADLINE |

Plaintiff filed this action on June 16, 2021, in the Superior Court of the State of California, County of Fresno. (ECF No. 1.) On September 20, 2021, Defendants removed this matter to the Eastern District of California. (Id.) On September 27, 2021, a stipulation of dismissal was filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), purporting to dismiss the entire action with prejudice. (ECF No. 6.) The Court notes, however, the stipulation was executed on behalf of Plaintiff and Defendants Hertz Local Edition Corp. and Miranda Brunner, but not Defendant Edgar Anderson. (See id.) Therefore, it is unclear to the Court whether the parties intended to dismiss this action in its entirety, or only with respect to Plaintiff's claims against Defendants Hertz Local Edition Corp. and Miranda Brunner. The docket reflects the same counsel represents all three Defendants in this action.

1

Accordingly, IT IS HEREBY ORDERED that the parties shall file a status report or amended stipulation clarifying their intent for dismissal within **five days of entry of this order**.

IT IS SO ORDERED.

Dated:     **September 28, 2021**                    _____
                                                                            UNITED STATES MAGISTRATE JUDGE