# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLY FLORES LOPEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>HERTZ LOCAL EDITION CORP., et al.,<br><br>  Defendants. | Case No.  1:21-cv-01403-DAD-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)<br><br>(ECF Nos. 6, 8) |

On September 27, 2021, the parties filed a joint stipulation dismissing this action with prejudice and with each party to bear its own costs and fees.  (ECF No. 6.)  In light of Plaintiff's notice of dismissal and stipulation of the parties pursuant to Federal Rule of Civil Procedure 41(a) and the parties' joint status report (ECF No. 8), this action is terminated by operation of law, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs of attorneys' fees.

/ / /

/ / /

/ / /

/ / /

1   Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case
2   and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __**October 5, 2021**__                     _____
UNITED STATES MAGISTRATE JUDGE